**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
United States,

                                                                    16 **CIVIL** 5111 (AJN)
                                                                    12 **CR.** 824 (AJN)

        -against-

                                                                     **JUDGMENT**

Michael Stewart,
                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2020, the Defendant's conviction of 18 U.S.C. § 924(c) is VACATED. See United States v. Davis, 139 S. Ct. 2319 (2019). The petition for a writ of habeas corpus is thus granted; accordingly, the civil docket, 16-cv-5111, is closed.

**DATED:**  New York, New York
               September 18, 2020

                                                       **RUBY J. KRAJICK**
                                                        **Clerk of Court**
**BY:**
                                            ___K. Mango___
                                                        **Deputy Clerk**